**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000377
16-JUL-2026
10:06 AM
Dkt. 37 SO**

NO. CAAP-24-0000377


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


TRULA ANDERSON, Plaintiff/Counterclaim Defendant-Appellee, v.
TRUMAN LEE KETCHMARK, Defendant/Counterclaimant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0000359)


SUMMARY DISPOSITION ORDER
(By: Nakasone, Chief Judge, Leonard and Hiraoka, JJ.)

On April 19, 2024, Defendant/Counterclaimant-Appellant Truman Lee Ketchmark (**Ketchmark**), self-represented, filed an appeal from the Circuit Court of the First Circuit (**Circuit Court**) in 1CCV-22-0000359. This court construes the notice of appeal as appealing from the Circuit Court's April 5, 2024 Findings of Fact, Conclusions of Law, and Order (**FOFs, COLs & Order**), which is not a final, appealable order or judgment. On April 27, 2026, this court entered an Order for Temporary Remand. On May 18, 2026, a Final Judgment was entered by the Circuit Court.[1]

The FOFs, COLs & Order was entered after a jury-waived trial. On appeal, Ketchmark fails to identify any points of error. Ketchmark does not challenge any of the Circuit Court's

---

[1] The Honorable Lisa W. Cataldo presided.

FOFs or COLs.  Ketchmark makes no discernible argument that the Circuit Court erred in entering judgment against him.  Upon review, we conclude that there is no basis for appellate relief.

Accordingly, the Circuit Court's May 18, 2026 Final Judgment is affirmed.

DATED:  Honolulu, Hawaiʻi, July 16, 2026.

On the briefs:

Truman Lee Ketchmark,
Defendant/Counterclaimant-
Appellant, self-represented

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge

2